UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**Michael Allen Roth** ) Case No. **22-61233-thp13**
Debtor(s) )
) Judge Peter C McKittrick
) Relief from Stay
) Hearing Date: **12/20/2022**

| CARA RICHTER | ___ No appearance | LARS H OLSEN | ___ No appearance |
|---|---|---|---|
| Attorney for Moving Party | | Attorney for Opposing Party | |

**Matter: Notice and Motion for Relief From Stay Re: 8389 Konaway Loop S, Salem, OR 97306 Filed by Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO4 Doc# 22**

__X__ Continued preliminary hearing to be held on    1-10-2023 at 10:00 a.m.    by telephone.
____ Final hearing to be held on    in/via
__X__ Stay remains in effect.

Other:

____ Agreed order being circulated.
____ Parties negotiating and request one more set-over.
____ Need time to exchange accounting.
____ Parties unable to resolve and request evidentiary hearing.  Hearing to be set and noticed by CRD.
____ Off calendar; may be reset at request of either party.
____ Motion denied.  Order to be lodged by
____ Motion granted. Order to be lodged by
____ Stay to remain in effect until entry of an order otherwise, and parties agree to extend 60 day time period of 11 U.S.C §362(e)(2)(B) to the extent necessary to accommodate hearing date.

Notes: Per Ms. Richter, the debtor applied for a loan modification, but the application was denied on 12-13-2022. Mr. Olsen reported his client has a loan modification open with Mr. Cooper and is also working on a possible program with Social Security. Mr. Olsen requests a setover to coincide with the confirmation hearing and if there is not good news by that date, they will concede to the motion for relief from stay.