In re:                                               Case No. 22-61233-thp
Michael Allen Roth                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6                          User: Admin.                                  Page 1 of 4
Date Rcvd: Jan 11, 2023                  Form ID: OD2                            Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Allen Roth, 8389 Konaway Loop South, Salem, OR 97306-9819 |
| 102391585 | + | AcctCorp International Inc, c/o Jeffrey I Hasson, Reg Agent, 9385 SW Locust St, Portland, OR 97223-6632 |
| 102391589 | + | Astound Broadband HQ, 200 Paul Avenue, San Francisco, CA 94124-3100 |
| 102391590 | + | Avis Budget Group, 6 Sylvan Way Ste 1, Parsippany, NJ 07054-3826 |
| 102391593 | + | Bussmann Cranberries, c/o Mark B Comstock, attorney, 1011 Commerical St NE, Salem, OR 97301-1049 |
| 102391592 | | Bussmann Cranberries, 93030 Childers Rd, Langlois, OR 97450 |
| 102391595 | + | Cascade Collections, Inc., c/o R.A. Brad W. Coleman, 1045 13th Street SE, Salem, OR 97302-2506 |
| 102391597 | + | D&O Garbage, POB 3967, Salem, OR 97302-0967 |
| 102394462 | + | David W. Field, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| 102391598 | #+ | DoneRite Plumbing & Drain LLC, 1420 Sunnyview Road NE, Suite 150, Salem, OR 97301-3016 |
| 102391599 | + | Fallon Trading, 3897 Adler Pl # 150, Bethlehem, PA 18017-9425 |
| 102394463 | | Fallon Trading Co., Inc. and Amanda Fallon, 3897 Adler Place #150, Bethlehem, PA 18017-9425 |
| 102391601 | + | Go2 Bank, PO Box 5100, Pasadena, CA 91117-0100 |
| 102417134 | + | Haynes Enterprises Inc, PO Box 12087, Portland, OR 97212-0087 |
| 102391605 | + | Law Office of Ferder Casebeer LLP, 515 High St SE, Salem, OR 97301-3618 |
| 102391606 | + | Levitt Medical Aesthetics, 637 NW Hickory St #160, Albany, OR 97321-1761 |
| 102391607 | + | McKenzie Landscaping, 28081 SW Morgan St, Wilsonville, OR 97070-6791 |
| 102391611 | | National Credit Adjusters., 300 N Madison St, Hutchinson, KS 67501 |
| 102391612 | + | Neaman Plastic Surgery & MediSpa, 1430 Commercial Street SE, Salem, OR 97302-4308 |
| 102391613 | #+ | Neighbor ro Neighbor, 945 Columbia St NE, Salem, OR 97301-7205 |
| 102391614 | + | Oregon One Inc.., c/o Sherri Norris, President, 5848 SE Milwaukie Avenue, Portland, OR 97202-5256 |
| 102391615 | + | Pacific National Bank, c/o Carlos Fernandez-Guzman, CEO/Pres., 1390 Brickell Avenue, Miami, FL 33131-3363 |
| 102391617 | + | Rachel Katie Roth, c/o Alexander Michael Jones, attorney, 117 Commercial St NE #280, Salem, OR 97301-3423 |
| 102391618 | + | Rachel Roth, 4268 Cloudview Dr S, Salem, OR 97302-2780 |
| 102391621 | + | Tammy Hash, 785 S 7th St, Independence, OR 97351-1427 |
| 102391623 | + | Valley View Dermatology, 2441 Grear St NE, Salem, OR 97301-2749 |
| 102391625 | + | Vida Aesthetic Medicine, 1115 Liberty St SE, Salem, OR 97302-4142 |
| 102400197 | + | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Jan 11 2023 23:28:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Jan 12 2023 04:29:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Jan 11 2023 23:28:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | | ^ MEBN | Jan 11 2023 23:25:16 | US Attorney General, Department of Justice, 10th |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | & Constitution NW, Washington, DC 20530-0001 |
| 102391587 | + | Email/Text: EBNProcessing@afni.com | Jan 11 2023 23:29:00 | AFNI., c/o Ron Greene, President, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 102391586 | | Email/Text: backoffice@affirm.com | Jan 11 2023 23:29:00 | Affirm, Inc., 650 California ST FL 12, San Francisco, CA 94108-2716 |
| 102391588 | + | EDI: AMSHER.COM | Jan 12 2023 04:29:00 | AmSher Collection Svcs, Inc, 4524 Southlake Pkwy Ste 15, Hoover, AL 35244-3271 |
| 102391591 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 11 2023 23:29:00 | Bridgecrest Acceptance Corp, c/o Paul Kaplan, President, 1720 W Rio Salado Parkway, Tempe, AZ 85281-6590 |
| 102391594 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 11 2023 23:28:00 | Caine & Weiner., PO BOX 55848, Sherman Oaks, CA 91413-0848 |
| 102411611 | + | EDI: AISACG.COM | Jan 12 2023 04:29:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 102405174 | + | Email/Text: CASCADE@CASCADECOLLECTIONS.COM | Jan 11 2023 23:29:00 | Cascade Collections, 1375 13th St SE, 1375 13th St SE, Salem, OR 97302-2511 |
| 102391596 | | EDI: WFNNB.COM | Jan 12 2023 04:29:00 | Comenity Bank., c/o Ronald J. Ostler, Pres., 1 Righter Pkwy, Ste 100, Wilmington, DE 19803-1533 |
| 102405328 | | Email/Text: CSPBankruptcy@doj.state.or.us | Jan 11 2023 23:28:00 | DOJ - Division of Child Support, Ex Rel: Rachel Katie Roth, PO Box 14670, Salem OR 97309 |
| 102411759 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2023 23:28:00 | DEUTSCHE BANK TRUST COMPANY AMERICAS, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 102391600 | + | EDI: BLUESTEM | Jan 12 2023 04:29:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 102391602 | | EDI: LCIICSYSTEM | Jan 12 2023 04:29:00 | IC System, Inc.., 444 Highway 96 East, PO Box 64437, Saint Paul, MN 55164-0437 |
| 102391603 | | Email/Text: mromero@industrialcredit.com | Jan 11 2023 23:28:00 | Industrial Credit Service., PO Box 4259, Salem, OR 97302 |
| 102391583 | | EDI: IRS.COM | Jan 12 2023 04:29:00 | IRS, Centralized Insolvency Oper., PO Box 7346, Philadelphia, PA 19101-7346 |
| 102411100 | | EDI: JEFFERSONCAP.COM | Jan 12 2023 04:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 102391604 | | EDI: JEFFERSONCAP.COM | Jan 12 2023 04:29:00 | Jefferson Capital Systems LLC, c/o David M. Burton, President/CEO, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 102395154 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 23:39:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 102391608 | | Email/Text: kmattingly@bankofmissouri.com | Jan 11 2023 23:28:00 | Mid America Bank & Trust Co., c/o Greg Luehmann, CEO, 216 W 2nd St, Dixon, MO 65459-8048 |
| 102391609 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 23:29:00 | Midland Funding LLC, c/o Ryan Bell, Exec Vice Pres/COO, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 102391610 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2023 23:28:00 | Mr. Cooper, c/o Jay Bray, CEO/President, 8950 Cypress Waters, Bldg One, Coppell, TX 75019-4620 |
| 102411559 | + | Email/Text: bankruptcy@ncaks.com | Jan 11 2023 23:28:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 102394004 | + | EDI: NFCU.COM | Jan 12 2023 04:29:00 | Navy Federal Credit Union, P.O. Box 3000, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Merrifield, VA 22119-3000 |
| 102391584 | + | EDI: ORREV.COM | Jan 12 2023 04:29:00 | ODR, Attn: Bankruptcy Unit, 955 Center St NE, Salem, OR 97301-2555 |
| 102407450 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 23:39:27 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 102408560 | + | Email/Text: SENDTOQCI@YAHOO.COM | Jan 11 2023 23:29:00 | QUICK COLLECT, INC, PO BOX 55457, PORTLAND, OR 97238-5457 |
| 102399930 | | EDI: Q3G.COM | Jan 12 2023 04:29:00 | Quantum3 Group LLC as agent for Credit Corp Soluti, PO Box 788, Kirkland, WA 98083-0788 |
| 102391616 | + | Email/Text: SENDTOQCI@YAHOO.COM | Jan 11 2023 23:29:00 | Quick Collect., c/o Jason Garner, Reg. Agent, 5500 NE 107th Ave, Vancouver, WA 98662-6169 |
| 102391619 | | EDI: AISSPRINT | Jan 12 2023 04:29:00 | Sprint Corporation., c/o CEO Marcelo Claure, 6200 Sprint Parkway, Bldg 13, Overland Park, KS 66251 |
| 102395707 | + | EDI: AIS.COM | Jan 12 2023 04:29:00 | Sprint Corp., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 102391620 | | EDI: AISTMBL.COM | Jan 12 2023 04:29:00 | T-Mobile., Bankruptcy Team, POB 53410, Bellevue, WA 98015-3410 |
| 102393634 | + | EDI: AIS.COM | Jan 12 2023 04:29:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 102391622 | | Email/Text: EDBKNotices@ecmc.org | Jan 11 2023 23:28:00 | US Dept of Education., Borrower Services Department, POB 5609, Greenville, TX 75403-5609 |
| 102391624 | + | EDI: VERIZONCOMB.COM | Jan 12 2023 04:29:00 | Verizon Wireless Bankruptcy Administrati, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 102391626 | + | EDI: WFFC.COM | Jan 12 2023 04:29:00 | Wells Fargo Bank, N.A., c/o Charles W. Scharf, CEO, 464 California Street, San Francisco, CA 94104-1227 |
| 102391627 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 11 2023 23:29:00 | Westlake Financial., c/o Ian Anserson, President, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 102394005 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023　　　　　　　　　Signature:　　/s/Gustava Winters

**Below is an order of the Court.**

*Teresa H. Pearson*

**U.S. Bankruptcy Judge**

OD2 (10/1/21) lew

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Michael Allen Roth,** xxx–xx–6465
Debtor(s)

Case No. **22–61233–thp13**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

**After notice and hearing, the trustee's motion to dismiss this case is granted.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co–debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE.**

###

29